STATE OF CONNECTICUT *v.* LIONEL LIZASOIN
(14182)

Foti, Lavery and Schaller, Js.

Argued December 5, 1995—decision released January 9, 1996

*Lauren Weisfeld,* assistant public defender, for the appellant (defendant).

*Robert J. Scheinblum,* deputy assistant state's attorney, with whom, on the brief, were *Mary M. Galvin,* state's attorney, and *Francis J. McQuade,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgments are affirmed.